# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:23-CV-753-KDB-DCK

| | | |
|---|---|---|
| **RODARIUS GREEN, a/k/a ROD WAVE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ABC COMPANIES, et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Richard M. McDermott, concerning Kenneth A. Feinswog, on November 10, 2023. Kenneth A. Feinswog seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Kenneth A. Feinswog is hereby admitted *pro hac vice* to represent Plaintiff.

SO ORDERED.

Signed: November 13, 2023

David C. Keesler
United States Magistrate Judge