**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| RODARIUS GREEN a/k/a ROD WAVE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:23-cv-00753-KDB- |
| v. | ) | DCK |
| | ) | |
| VARIOUS JOHN DOES, JANE DOES and | ) | |
| ABC COMPANIES | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLAINTIFF'S EX PARTE MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff is hereby moving *ex parte* for an Order dismissing the above-referenced mater without prejudice. Plaintiff is filing this motion because law enforcement authorities were unable to serve any Defendants at the Rod Wave concert in Charlotte, North Carolina on November 15, 2023.

The Order sought by this Motion provides for a dismissal without prejudice and the return of the $5,000.00 bond to Plaintiff's counsel, Kenneth A. Feinswog, because he supplied the funds for the bond.

This Motion is made upon the grounds set forth herein and the pleadings previously submitted in the above-referenced matter.

Dated:  November 22, 2023                    Respectfully Submitted,

                                             RODARIUS GREEN a/k/a ROD WAVE


                                             By his attorney,

                                             _Richard M. McDermott_

                                             Richard M. McDermott
                                             McDermott IP Law
                                             Lofts at Historic Atherton Mill
                                             2108 South Boulevard
                                             Suite 104
                                             Charlotte, NC  28203
                                             704-451-2126
                                             rick@mcdermottiplaw.com
                                             www.mcdermottiplaw.com