IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00753-KDB-DCK

| | |
|---|---|
| RODARIUS GREEN,<br><br>Plaintiff,<br><br>v.<br><br>ABC COMPANIES, AND<br>JOHN & JANE DOES,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff Rodarius Green's *ex parte* Motion to Dismiss without Prejudice (Doc. No. 11). The Court has carefully considered this motion, and for the reasons stated in the motion, the Court will **GRANT** the motion and dismiss this case without prejudice.

**NOW THEREFORE IT IS ORDERED THAT:**

1. The Clerk is directed to close this matter in accordance with this Order; and
2. The Clerk is directed to return the $5,000.00 bond to Plaintiff's counsel, Kenneth A. Feinswog.

Signed: November 22, 2023

Kenneth D. Bell
United States District Judge

1